## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 453 - 2 | **DATE** | 7/1/08 |
| **CASE TITLE** | United States of America vs. Barry Adams | | |

**DOCKET ENTRY TEXT**

Arraignment and bond hearing held. Mary Judge is appointed as counsel for defendant. Defendant waives formal reading of the indictment. Defendant acknowledges understanding the charges in the indictment and maximum penalties. Defendant enters a plea of not guilty to counts 1, 5, 7, 13-14 and 21 of the indictment. Parties agree on bond. Defendant is released on $5,000.00 own recognizance bond. Rule 16.1(a) conference shall be held by July 7, 2008. Pretrial motions are due by August 1, 2008. Status hearing is set before Judge Andersen on September 11, 2008 at 10:00 a.m. Time is excluded from July 1, 2008 to and including September 11, 2008. (X-E).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|