# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case  08 CR 453 - 2

*United States v. Barry Adams*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Mr. Barry Adams*

**FILED**

JUL X 1 2008

**MAGISTRATE JUDGE JEFFREY COLE**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| SIGNATURE  s/ *Margaret Judge* | |
| FIRM  *Federal Defender Program* | |
| STREET ADDRESS  *55 East Monroe Ste 2800* | |
| CITY/STATE/ZIP  *Chicago IL 60603* | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  *6244586* | TELEPHONE NUMBER  *312.621.8336* |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☒     NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☒ | |